**No. 52776.**—Barth Feinberg, Inc., et al. *v.* United States, protests 130170–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 30, 1948

**No. 52777.**—SUIT 4583.—United States *v.* The J. D. Richardson Company.—

—C. D. 1053 reversed November 2, 1948. C. A. D. 390.

**No. 52778.**—SUIT 4584.—Crosse & Blackwell Co. *v.* United States.

—C. D. 1055 affirmed November 2, 1948. C. A. D. 393.

BEFORE THE SECOND DIVISION, JANUARY 4, 1949

**No. 52779.**—Minami & Posner Imp. Co., Inc. *v.* United States, protests 994233–G and 26251–K (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consists of 8-bu hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). The claim of the plaintiff was therefore sustained.

**No. 52780.**—Glensder Textile Co. *v.* United States, protests 136553–K, etc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of knitted wool scarves, valued at over $5 per pound, the same in all material respects as those involved in Abstract 50303, the claim of the plaintiff was sustained.